# United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| BRIDGE POINTE AT JEKYLL SOUND COMMUNITY ASSOCIATION, INC., as assignee of Camden County, Georgia,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT STEVEN WILLIAMS, SR. and ROBERT STEVEN WILLIAMS, JR.,<br><br>    Defendants. | CV 220-101 |

## ORDER

Before the Court is Plaintiff Bridge Pointe at Jekyll Sound Community Association, Inc.'s notice of voluntary dismissal, dkt. no. 12, wherein it notifies the Court that it wishes to dismiss all claims asserted in this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**SO ORDERED**, this 11 day of March, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA